**CGFD20** (12/1/09)



ORDERED in the Southern District of Florida on April 30, 2010

**Laurel M Isicoff**
United States Bankruptcy Judge

# United States Bankruptcy Court
### Southern District of Florida
### www.flsb.uscourts.gov

**Case Number: 09–30217–LMI**

**Chapter: 7**

**In re:** *(Debtor(s) name(s) used by the debtor(s) in the last 8 years, including married, maiden, and trade)*

Pedro Luis Rodriguez
19596 SW 130 Avenue
Miami, FL 33177

SSN: xxx–xx–2728

Irene Lopez Albelo
19696 SW 130 Avenue
Miami, FL 33177

SSN: xxx–xx–0059

## ORDER DISMISSING CASE

   It has been brought to the attention of the court that the debtor has failed to file or correct deficiencies in the item(s) indicated below by the **April 26, 2010** deadline date. The debtor was advised of these requirements in either a clerk's notice of filing requirements or by separate order of the court.

   **Stmt of Monthly Income [Ch 7] due 04/26/2010**

   The debtor has not met this deadline. Therefore, it is **ORDERED** that:

*Page 1 of 2*

1. In accordance with 11 U.S.C. § 105(a), this case is dismissed with prejudice as to the filing of any

bankruptcy case in any federal bankruptcy court in the United States of America by the above–named debtor earlier than 180 days from entry of this order.

2. (If applicable) the trustee shall file a final report within 14 days of entry of this order.

3. (If applicable) the debtor shall immediately pay to the Clerk, U.S. Court, $ **0.00** for the balance of the filing fee as required by Local Rule 1017–2(E). Payment must be made in cash, money order or cashier's or "official" check. Any funds remaining with the trustee shall be applied to this balance in accordance with the Bankruptcy Code and Local Rule 1017–2(F), unless otherwise ordered by the court. The court will not entertain a motion for reconsideration of this order unless all unpaid fees are paid at the time the motion is filed.

4. In accordance with Local Rule 1002–1(B), the clerk of court is directed to refuse to accept for filing any future voluntary petitions submitted by this debtor if the refiling violates a prior order of the court or if the petition is accompanied by an Application to Pay Filing Fee in Installments and filing fees remain due from any previous case filed by the debtor.

### # # #

The clerk shall serve a copy of this order on all parties of record.

*Page 2 of 2*

# CERTIFICATE OF NOTICE

```
District/off: 113C-1           User: covington             Page 1 of 1                  Date Rcvd: Apr 30, 2010
Case: 09-30217                 Form ID: CGFD20             Total Noticed: 20

The following entities were noticed by first class mail on May 02, 2010.
 db           +Pedro Luis Rodriguez,   19596 SW 130 Avenue,   Miami, FL 33177-4007
 jdb           Irene Lopez Albelo,   19696 SW 130 Avenue,   Miami, FL  33177
 tr            Marcia T Dunn,   POB 561507,   Miami, FL 33256-1507
 ust          +Office of the US Trustee,   51 S.W. 1st Ave.,   Suite 1204,   Miami, FL 33130-1614
 cr           +Suntrust Mortgage, Inc.,   c/o Scott R Weiss,   1800 NW 49 St #120,
                Ft Lauderdale, FL 33309-3092
 cr           +VT, Inc. as Trustee of World Omni LT,   TRIPP SCOTT, P.A.,   c/o John G Bianco, III,
                110 SE 6th Street, 15th Floor,   Fort Lauderdale, FL 33301-5004
87337935       BAC Home Loans Servicing,   7105 Corporate Drive,   TX2-981-03-03,   Plano, TX 75024-4100
87337937       Bank of America,   P.O. Box 15220,   Wilmington, DE 19886-5220
87430693       JPMorgan Chase Bank,   Bankruptcy Department,   PO Box 24785,   Columbus, OH 43224-0785
87337940      +Marshall C. Watson, P.A.,   1800 N.W. 49 Street,   Suite 120,   Fort Lauderdale, FL 33309-3092
87337942       Southeast Toyota Finance,   P.O. Box 991817,   Mobile, AL 36691-8817
87337943       SunTrust Mortgage,   P.O. Box 79041,   Baltimore, MD 21279-0041
87754814       VT Inc. as Trustee of World Omni LT,   Post Office Box 991817,   Mobile, AL 36691-8817

The following entities were noticed by electronic transmission on Apr 30, 2010.
 tr            EDI: QMTDUNN.COM Apr 30 2010 20:38:00      Marcia T Dunn,   POB 561507,   Miami, FL 33256-1507
 smg           EDI: FLDEPREV.COM Apr 30 2010 20:38:00      Florida Department of Revenue,   POB 6668,
                Tallahassee, FL  32314-6668
87337936       EDI: BANKAMER.COM Apr 30 2010 20:38:00      Bank of America,   P.O. Box 15019,
                Wilmington, DE 19886-5019
87382884      +EDI: BANKAMER.COM Apr 30 2010 20:38:00      Bank of America, N.A.,   P. O. Box 26012,
                NC4-105-03-14,   Greensboro, NC 27420-6012
87337938       EDI: CHASE.COM Apr 30 2010 20:38:00      Chase,   P.O. Box 15298,   Wilmington, DE 19850-5298
87337939      +EDI: CHASE.COM Apr 30 2010 20:38:00      JPMorgan Chase Bank,   1111 Polaris Parkway,
                Columbus, OH 43240-2050
87667707      +E-mail/Text: mdtcbkc@miamidade.gov                            Miami-Dade County Tax Collector,
                140 West Flagler Street, Suite 1403,   Miami, Florida 33130-1561
87337941      +E-mail/Text: mdtcbkc@miamidade.gov                            Miami-Dade Tax Collector,
                140 W. Flagler Street,   Room 101,   Miami, FL 33130-1559
                                                                                              TOTAL: 8

             ***** BYPASSED RECIPIENTS *****
NONE.                                                                                         TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.
```

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

**Date: May 02, 2010**                    Signature:    _Joseph Speetjens_